355 P.2d 677

**Willis D. HILL, Petitioner,**

**v.**

**STATE of New Mexico, and Harold Cox, as Warden of the Penitentiary of New Mexico, Respondents.**

**No. 6722.**

Supreme Court of New Mexico.

March 15, 1960.

Ordered that the writ of habeas corpus issued herein be discharged and the petitioner remanded to the custody of the respondent.

355 P.2d 677

**Warren E. BURTON, Petitioner,**

**v.**

**FIRST DISTRICT COURT, COUNTY OF SANTA FE, State of New Mexico, Respondent.**

**No. 6723.**

Supreme Court of New Mexico.

March 17, 1960.

COMPTON, Acting Chief Justice, and CARMODY, MOISE and CHAVEZ, Justices, concurring.

Ordered that the petition for writ of mandamus filed herein be and the same is hereby dismissed.

355 P.2d 677

**Archie CRABB, Petitioner,**

**v.**

**CHAVEZ COUNTY DISTRICT COURT, Respondent.**

**No. 6737.**

Supreme Court of New Mexico.

March 17, 1960.

COMPTON, Acting Chief Justice, and CARMODY, MOISE and CHAVEZ, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied as stating no grounds upon which relief can be granted.